UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CATHERINE GEBHARDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-286-PLR-CCS |
| | ) | |
| BEAL FINANCIAL CORPORATION, | ) | |
| LORRAINE BROWN, JOYCE LINGER, | ) | |
| JERRY KERLEY, DOUGLAS E. TAYLOR, | ) | |
| And DOES 1 THROUGH 10 | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that the defendants' motions to dismiss are **GRANTED**, and this action is **DISMISSED**, **in its entirety**, **with prejudice.**

Enter:

_____
**UNITED STATES DISTRICT JUDGE**