UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| CATHERINE GEBHARDT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 3:15-CV-286 |
| v. | ) |
| | ) JURY DEMAND |
| BEAL FINANICIAL CORPORATION, | ) |
| LORRAINE BROWN, JOYCE LINGER, | ) |
| JERRY KERLEY, DOUGLAS E. TAYLOR, | ) |
| DOES 1 THROUGH 10 | ) |
| | ) |
| Defendants. | ) |

## ABSTRACT OF JUDGMENT

**AMOUNT OF JUDGMENT:**

JUDGMENT against Catherine Gebhardt, in favor of all Defendants dismissing case with prejudice. A certified copy of the Order of Judgment is attached hereto.

**DATE OF JUDGMENT:**

August 26, 2016, in the U.S. District Court, Eastern District of Tennessee, in favor of Beal Financial Corporation and against Plaintiff Catherine Gebhardt.

I hereby certify that the foregoing is an accurate abstract of the Order of Judgment filed with the Clerk's office in Case Number 3:15-CV-286 on August 26, 2016.

U.S. DISTRICT COURT CLERK

By_____
Deputy Clerk

This Instrument Prepared by:
Ronald G. Steen, Jr.
THOMPSON BURTON PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6010